UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. 1:13-cv-01100-JBM-JAG |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 98.214.123.1, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE 1

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 98.214.123.1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 21, 201

                                                  Respectfully submitted,

                                                  SCHULZ LAW, P.C.

By:    /s/ *Mary K. Schulz*
           Mary K. Schulz, Esq.
           1144 E. State Street, Suite A260
           Geneva, Il 60134
           Tel:  (224) 535-9510
           Fax:  (224) 535-9501
           Email:  schulzlaw@me.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Mary K. Schulz*